## SENFOUR INVESTMENT CO., INC. *v.* KING COUNTY.

No. 93. Decided October 10, 1966.

*Jerome M. Johnson* for appellant.

*James E. Kennedy* and *William L. Paul, Jr.,* for appellee.

*Solicitor General Marshall* and *Philip A. Loomis, Jr.,* for the United States, as *amicus curiae.*

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.